# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNICORN GLOBAL, INC., AND HANGZHOU CHIC INTELLIGENT TECHNOLOGY CO., LTD.<br>Plaintiffs,<br><br>v.<br><br>E-LINK TECHNOLOGY CO., LTD., STKE, E_POWER, US WEIXUN, NANCYS SHOP, SMALIFE, WORMWHOLE USA, VENUSBOARD, HYPER GOGO BOARD, GRAVITYEX, EBUYSTORMSHOP, ICHEERS_HOT, STKE_668, STK_068, SINCEVERS, PICTURSTORE, LEVESLAND, HAPPYDSTORE9, KOOZONEMALL, FINDMEY, ASIWO2018, FRAYSEEASHOP, ASIWOE2, URICHDEALSTORE, FUNGISTORE, STKE_211, ONENICEMALLSTORE, BETERYOURLIFE, AND TWO DOTS<br><br>Defendants. | ) Case No. 1:20-cv-04127<br>)<br>) **Judge Elaine E. Bucklo**<br>)<br>)<br>)<br>)<br>) **Magistrate Judge Jeffery T. Gilbert**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] STIPULATED BRIEFING SCHEDULE FOR
## PLAINTIFFS' MOTION TO SHOW CAUSE [ECF #84]

Defendants E-Link Technology Co., Two Dots, and Hyper GoGo Board ("the Responding Defendants"), and Plaintiffs Unicorn Global, Inc. and Hangzhou Chic Intelligent Technology Co., Ltd. (collectively "the Parties") have conferred regarding Plaintiffs' Motion to Show Cause (ECF #84), and jointly request that the Court enter the stipulated briefing schedule set forth below. This proposed schedule will allow counsel for the Responding Defendants sufficient time to gather and analyze the relevant facts and law and respond to the pending Motion, and counsel for Plaintiffs sufficient time to respond to the defense filing:

(1) the Responding Defendants' Opposition to Plaintiffs' Motion to Show Cause (ECF #84) is due three weeks from the scheduled presentment date of April 21, 2021 (i.e., on May 12, 2021); and

(2) Plaintiff's Reply is due two weeks after the opposition brief is filed.

Dated: April 20, 2021                                   Respectfully submitted,

*Peter J. Curtin*
Shen Wang
Peter J. Curtin (*pro hac vice*)
Diego F. Freire
ARCH & LAKE LLP
203 N LaSalle Street, Suite 2100
Chicago, IL 60601
Phone: (636) 236-5390
Email: shenwang@archlakelaw.com
           pete_curtin@archlakelaw.com
           diego@archlakelaw.com

*Counsel for Defendants E-Link Technology, Co., Ltd., Two Dots, & Hyper GoGo Board*

**SO ORDERED.**

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

This is to certify that on April 20, 2021, a true and correct copy of the foregoing **[**Proposed} Stipulated Briefing Schedule for Plaintiffs' Motion to Show Cause [ECF #84] was served via the Court's ECF system on all counsel of record.

*Peter J. Curtin*
Peter J. Curtin
ARCH & LAKE LLP
203 N LaSalle Street, Suite 2100
Chicago, IL 60601
Phone: (240) 432-3267
Email: pete_curtin@archlakelaw.com